# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cr-00190-ODE-AJB
### USA v. Damayo et al
### Honorable Orinda D. Evans

Minute Sheet for proceedings held In Open Court on 01/26/2011.

TIME COURT COMMENCED: 4:13 P.M.
TIME COURT CONCLUDED: 4:36 P.M.
TIME IN COURT: 00:23
COURT REPORTER: Andy Ashley
USPO: Stephanie Schuessler
DEPUTY CLERK: Vicki Hanna

| | |
|---|---|
| DEFENDANT(S): | [9]Briquanna Slaughter Present at proceedings |
| ATTORNEY(S) PRESENT: | Louis Crisostomo representing USA<br>Jamila Hall representing USA<br>Esther Panitch representing Briquanna Slaughter |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court rules on objections to the presentence report. Arguments of counsel regarding a reasonable sentence. See J&C for sentence. |